IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

    Petitioner,        No. CIV S-05-0174 GEB DAD P

    vs.

MELVIN HUNTER, et al.,

    Respondents.        <u>ORDER</u>

_____/

On April 20, 2005, the court received petitioner's opposition to respondents' application for enlargement of time. The court granted respondents' application on April 13, 2005, and respondents have filed their answer to the habeas petition. Petitioner's opposition to respondents' application for enlargement of time is therefore moot. Petitioner's April 20, 2005 filing includes a third motion for appointment of counsel. The motion will be denied for the reasons set forth in the court's orders filed March 22, 2005, and April 1, 2005. Accordingly, IT IS HEREBY ORDERED that petitioner's April 20, 2005 renewed motion for appointment of counsel is denied.

DATED: May 20, 2005.

                                                  /s/ Dale A. Drozd
                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

DAD:13:bb
huft0174.110t