IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL HUFTILE,

    Petitioner,                              No. CIV S-05-0174 GEB DAD P

    vs.

MELVIN HUNTER, et al.,

    Respondents.                       ORDER

_____/

          The petition for writ of habeas corpus filed in this action was denied and judgment was entered on February 17, 2009.[1] On August 12, 2010, petitioner filed a notice of change of address which reflected that he had been discharged from prison. On August 17, 2010, petitioner filed a document entitled "Notice of Change in Circumstances; Submission of Documents in Support of Petition for a Writ of Habeas Corpus." Therein, petitioner erroneously stated that "the District Court has yet to render a decision" on the instant matter. Petitioner goes on to argue that his release from prison did not render these proceedings moot. As noted, however, petitioner's claims were rejected on the merits by this court before he was released from prison. Accordingly, his recently presented argument that his petition was not rendered moot by his

---

[1] The judgment entered by the court closing this case was served on petitioner at his address of record and was not returned to the court. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

release from imprisonment has no bearing on the resolution of this habeas action since he was denied habeas relief on the merits and not based upon a finding that his claims had been rendered moot. Petitioner's August 17, 2010 notice, which was filed more than one year after this matter was closed, will therefore be disregarded.

        IT IS SO ORDERED.

DATED: September 14, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
huftile174.158